UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACK CORY PUTNAM and RACHEL PUTNAM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 4:11CV1492 CEJ ) |
| ENGINE AND TRANSMISSION WORLD, LLC, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motions to proceed in forma pauperis. Upon review of the financial affidavits, the Court has determined that plaintiffs are unable to pay the filing fee. See 28 U.S.C. § 1915. Consequently, the motions will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions to proceed in forma pauperis [#2, #3] are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint as to defendants Engine and Transmission World, LLC and Mark Dogrenko at the addresses provided by plaintiffs.

**IT IS FURTHER ORDERED** that process shall not be issued as to the John and Jane Doe defendants at this time. Plaintiffs shall provide the Court with the proper names and addresses of these defendants at such time as their identities can be ascertained through discovery. Plaintiffs' failure to do so in a timely manner will result in a dismissal of these defendants without prejudice.

Dated this 14th day of September, 2011.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE